UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAN HAGOS , <br><br> Plaintiff, <br><br> v. <br><br> LIZA PARISKY, et al., <br><br> Defendant. | CASE NO. 2:23-cv-00616-TL-BAT <br><br> **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS** |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) The Court GRANTS plaintiff's application to proceed *in forma pauperis* (Dkt. 1).

(2) Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1    Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
2 custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
3 prisoner's preceding month's income credited to the prisoner's account.  In the event that the
4 monthly payment would reduce the prisoner's account below $10.00, the agency should collect
5 and forward only that amount which would reduce the prisoner's account to the $10.00 level.
6 Please note that this $10.00 limit does not apply to the initial partial filing fee described above.
7 Finally, the monthly payments should be collected and forwarded to the Court until the entire
8 filing fee ($350.00) for this matter has been paid.

9    (3)    The Clerk is directed to send a copy of this Order to plaintiff, to the financial
10 officer of this Court, and to the agency having custody of plaintiff.

11    DATED this 28th day of April, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2